McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814                    **OK/HAV**
Telephone: (916) 554-2751


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-06-0464 DFL |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | |
| OSBALDO OSWALDO SARABIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Osbaldo SARABIA, by and through his counsel, Tom Stanley, Esq., stipulate and agree that the currently-set status conference on February 15, 2007, at 10:00 a.m. should be continued to March 15, 2007, at 10:00 a.m.  The parties further stipulate that the time period from February 15, 2007, up to and including the new status conference date of March 15, 2007, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the pending drug analysis reports from DEA, the need for defense counsel to continue discussions with the government regarding resolution of the case, and defendant's continued research into a possible motion to suppress evidence.

1

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED:  February 13, 2007          By:  /s/Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney

DATED:  February 13, 2007          By:  /s/Jason Hitt
                                   Authorized to sign for Mr.
                                   Stanley on 02-12-07
                                   TOM STANLEY, Esq.
                                   Attorney for Osbaldo SARABIA

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.    The status conference set for February 15, 2007, at 10:00 a.m. is vacated;

2.    A status conference is set for March 15, 2007, at 10:00 a.m.; and

3.    Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from February 15, 2007, up to and including March 15, 2007.


DATED: 02/13/2007              /s/ David F. Levi
                               DAVID F. LEVI
                               United States District Judge