1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )        Case No. CR-S-06-0464 DLJ
                                    )
11                 Plaintiff,       )        STIPULATION AND ORDER
                                    )        RESETTING BRIEFING SCHEDULE AND
12      v.                          )        EXCLUDING TIME
                                    )
13 OSBALDO SARABIA,                 )
                                    )
14                 Defendant.       )
   _____ )

15

16      Plaintiff, United States of America, by its counsel, Assistant

17 United States Attorney Jason Hitt, and defendant Osbaldo SARABIA, by

18 and through his counsel, Tom Stanley, Esq., stipulate and agree that

19 the briefing schedule for defendant's motion to suppress should be

20 reset according to the following schedule:

21          Defendant's Brief:       September 25, 2007

22          Government's Opp.:        October 9, 2007

23          Defendant's Reply:        October 16, 2007

24          Hearing on Motion:        October 23, 2007, at 9:00 a.m.

25 / / /

26 / / /

27 / / /

28 / / /

1    The parties further stipulate that the time period from June 19,

2  2007, up to and including the hearing date of October 23, 2007,

3  should be excluded from computation of the time for commencement of

4  trial under the Speedy Trial Act, based upon the defendant's need to

5  research, draft, and prepare the motion to suppress, evaluate the

6  government's opposition, and prepare the defendant's reply brief.

7    For these reasons, the defendant, defense counsel, and the

8  government agree additional time is required for the defense to

9  effectively evaluate the posture of the case and prepare for trial in

10 this case and, in addition, in the interests of justice under 18

11 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

12

13                                  Respectfully Submitted,

14                                  McGREGOR W. SCOTT
                                    United States Attorney

15

16
   DATED:   September 7, 2007        By:/s/Jason Hitt
17                                      JASON HITT
                                        Assistant U.S. Attorney

18

19 DATED:   September 7, 2007        By:/s/Jason Hitt
                                        Authorized to sign for Mr.
20                                      Stanley on 09-05-07
                                        TOM STANLEY, Esq.
21                                      Attorney for Osbaldo SARABIA

22

23

24

25

26

27

28

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress and hearing date as follows:

Defendant's Brief:          September 25, 2007

Government's Opp.:          October 9, 2007

Defendant's Reply:          October 16, 2007

Hearing on Motion:          October 23, 2007, at 9:00 a.m.

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 19, 2007, up to and including October 23, 2007, at 9:00 a.m.


IT IS SO ORDERED.


DATED: September 7, 2007          _____

D. LOWELL JENSEN
United States District Judge