TOM STANLEY
315 West 9th Street
Suite 906
Los Angeles, Ca. 90015
State Bar No. 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 06-464 DLJ |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER RESETING BRIEFING SCHEDULE AND EXCLUDING TIME |
| vs. | |
| OSBALDO SARABIA, | |
| Defendant. | |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the briefing schedule for defendant's motion to suppress evidence should be reset according to the following schedule:

Defendants Motion:         November 15, 2007

Government's Opp.:         November 29, 2007

Defendant's Reply:         December 6, 2007

Hearing on Motion:         December 11, 2007, at 11:00 a.m.

SARBIA-STIP & (PROPOSED) ORDER         1

PDF created with pdfFactory trial version www.pdffactory.com

The parties further stipulate that the time that the time period from June 19, 2007, up to an including the hearing date of December 11, 2007, should be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the defendant's need to research, draft and prepare the motion to suppress evidence, evaluate the government's opposition and prepare the defendant's reply brief.

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

Dated: October 30, 2007.

Dated: October 30, 2007.

                                      Respectfully submitted,

                                      /s/Tom Stanley
                                      TOM STANLEY
                                      Attorney for Defendant
                                      OSBALDO SARABIA

Dated: October 30, 2007.                  /s/Tom Stanley
                                      Authorized to sign for JASON HITT
                                      Assistant United States Attorney on 10/19/07

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

| | |
|---|---|
| Defendants Motion: | November 15, 2007 |
| Government's Opp.: | November 29, 2007 |
| Defendant's Reply: | December 6, 2007 |
| Hearing on Motion: | December 11, 2007, at 11:00 a.m. |

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 19, 2007, up to and including December 11, 2007, at 11:00 a.m.

IT IS SO ORDERED.

Dated: October 31, 2007.

D. LOWELL JENSEN
United States District Judge

SARBIA-STIP & (PROPOSED) ORDER             3

PDF created with pdfFactory trial version www.pdffactory.com