TOM STANLEY
315 W. 9th Street
Suite 906
Los Angeles, CA 90015
SBN 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR 06-464 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME |
| v. | ) | |
| | ) | |
| | ) | |
| OSBALDO SARABIA | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the briefing schedule for defendant's motion to suppress evidence should be reset according to the following schedule:

| | |
|---|---|
| Defendants Motion: | January 10, 2008 |
| Government's Opp.: | January 24, 2008 |
| Defendant's Reply: | January 31, 2008 |
| Hearing on Motion: | February 5, 2008, at 11:00 a.m. |

1    The parties further stipulate that the time that the time period from June 19, 207, up to an

2    including the hearing date of February 5, 2008, should be excluded from the computation of time

3    for commencement of trial under the Speedy Trial Act based upon the defendant's need to

4    research, draft and prepare the motion to suppress evidence, evaluate the government's opposition

5    and prepare the defendant's reply brief.

6    For these reasons, the defendant, defense counsel, and the government agree additional time

7    is required for the defense to effectively evaluate the posture of the case and prepare for trial in this

8    case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local

9    Code T4.

10   Dated: December 11, 2007.

11                                    Respectfully submitted,

12

13                                    /s/Tom Stanley
                                      TOM STANLEY
14                                    Attorney for Defendant
                                      OSBALDO SARABIA
15

16   Dated: December 11, 2007.        /s/Tom Stanley
                                      Authorized to sign for JASON HITT
17                                    Assistant United States Attorney on 12/7/07

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

| | |
|---|---|
| Defendants Motion: | January 10, 2008 |
| Government's Opp.: | January 24, 2008 |
| Defendant's Reply: | January 31, 2008 |
| Hearing on Motion: | February 5, 2008, at 11:00 a.m. |

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 19, 2007, up to and including February 5, 2008, at 11:00 a.m.

IT IS DO ORDERED.

Dated: December 12, 2007

_____
D. LOWELL JENSEN
United States District Judge

## CERTIFICATE OF MAILING

I hereby certify that on December 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JASON HITT
AUSA
jason.hitt@usdoj.gov


/s/ Tom Stanley
TOM STANLEY
Attorney for Defendant
315 W. 9th Street, Suite 906
Los Angeles, CA 90015
(818) 986-1506 Office
(213) 683-4803 Fax
tomstanleylaw@yahoo.com