TOM STANLEY
315 W. 9th Street
Suite 906
Los Angeles, CA 90015
SBN 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> OSBALDO SARABIA ) <br> ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CR 06-464 DLJ <br><br> STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the briefing schedule for defendant's motion to suppress evidence should be reset according to the following schedule:

    Defendants Motion:    March 13, 2008

    Government's Opp.:    March 27, 2008

    Defendant's Reply:    April 3, 2008

    Hearing on Motion:    April 8, 2008, at 11:00 a.m.

The parties further stipulate that the time that the time period from June 19, 2007, up to an including the hearing date of April 8, 2008, should be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the defendant's need to research, draft and prepare the motion to suppress evidence, evaluate the government's opposition and prepare the defendant's reply brief.

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

Dated: January 29, 2008.

Respectfully submitted,

/s/Tom Stanley
TOM STANLEY
Attorney for Defendant
OSBALDO SARABIA

Dated: January 29, 2008.                s/Tom Stanley
Authorized to sign for JASON HITT
Assistant United States Attorney on 1/29/08

1 ORDER

2 Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

3 1. Based upon the representations and stipulation of counsel, the Court adopts the revised
4 briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

5     Defendants Motion:        March 13, 2008

6     Government's Opp.:       March 27, 2008

7     Defendant's Reply:        April 3, 2008

8     Hearing on Motion:       April 8, 2008, at 11:00 a.m.

9 2. Based upon the representations and stipulation of the parties, the Court finds that the time
10 exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best
11 interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial
12 Act shall be excluded from June 19, 2007, up to and including April 8, 2008, at 11:00 a.m.

14 IT IS SO ORDERED.

16 Dated: February 4, 2008.

                                                    D. LOWELL JENSEN
17                                                     United States District Judge

<u>CERTIFICATE OF MAILING</u>

I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JASON HITT
AUSA
jason.hitt@usdoj.gov


/s/ Tom Stanley
TOM STANLEY
Attorney for Defendant
315 W. 9th Street, Suite 906
Los Angeles, CA 90015
(818) 986-1506 Office
(213) 683-4803 Fax
tomstanleylaw@yahoo.com