1  TOM STANLEY
   315 W. 9th Street
2  Suite 906
   Los Angeles, CA 90015
3  SBN 45990
   (818) 986-1506
4
   Attorney for Defendant
5  OSBALDO SARABIA

6

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA    )   CASE NO. CR 06-464 JAM
                                 )
13 |                             )   STIPULATION AND
                  Plaintiff,     )   ORDER RESETTING BRIEFING
14 |                             )   SCHEDULE AND EXCLUDING
            v.                   )   TIME
15 |                             )
                                 )
16 |                             )
   OSBALDO SARABIA               )
17 |                             )
                                 )
18 |             Defendant.      )
                                 )
19

20      Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United

21 States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree

22 that the briefing schedule for defendant's motion to suppress evidence should be reset according

23 to the following schedule:

24      Defendants Motion:          July 18, 2008

25      Government's Opp.:          August 12, 2008

26      Defendant's Reply:          August 19, 2008

27      Hearing on Motion:          August 26, 2008, at 11:00 a.m.

28

The parties further stipulate that the time that the time period from June 19, 2007 up to an including the hearing date of August 26, 2008, should be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the defendant's need to research, draft and prepare the motion to suppress evidence, evaluate the government's opposition and prepare the defendant's reply brief.

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

Dated: June 27, 2008.

Respectfully submitted,

/s/Tom Stanley
TOM STANLEY
Attorney for Defendant
OSBALDO SARABIA

Dated: June 27, 2008.             /s/Tom Stanley
Authorized to sign for JASON HITT
Assistant United States Attorney on 6/26/08

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

| | |
|---|---|
| Defendants Motion: | July 18, 2008 |
| Government's Opp.: | August 12, 2007 |
| Defendant's Reply: | August   19 2008 |
| Hearing on Motion: | August   26, 2008, at 11:00 a.m. |

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 19, 2007, up to and including August   26, 2008, at 11:00 a.m.

IT IS SO ORDERED.

Dated: July 2, 2008

/s/ John A. Mendez
HON.  JOHN A. MENDEZ
 United States District Judge

## CERTIFICATE OF MAILING

  I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        JASON HITT
        AUSA
        jason.hitt@usdoj.gov


        /s/ Tom Stanley
        TOM STANLEY
        Attorney for Defendant
        315 W. 9th Street, Suite 906
        Los Angeles, CA 90015
        (818) 986-1506 Office
        (213) 683-4803 Fax
        tomstanleylaw@yahoo.com