TOM STANLEY
315 W. 9th Street
Suite 906
Los Angeles, CA 90015
SBN 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 06-464 JAM |
| Plaintiff, ) | STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME |
| v. ) | |
| OSBALDO SARABIA, ) | |
| Defendant. ) | |

    Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the briefing schedule for defendant's motion to suppress evidence should be reset according to the following schedule:

    Defendants Motion:    September 2, 2008

    Government's Opp.:    September 16, 2008

    Defendant's Reply:    September 23, 2008

    Hearing on Motion:    September 30, 2008, at 11:00 a.m.

1 The parties further stipulate that the time that the time period from June 19, 2007 up to an
2 including the hearing date of September 30, 2008, should be excluded from the computation of
3 time for commencement of trial under the Speedy Trial Act based upon the defendant's need to
4 research, draft and prepare the motion to suppress evidence, evaluate the government's opposition
5 and prepare the defendant's reply brief.

6 For these reasons, the defendant, defense counsel, and the government agree additional time
7 is required for the defense to effectively evaluate the posture of the case and prepare for trial in this
8 case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local
9 Code T4.

10 Dated: August 21, 2008.

11 Respectfully submitted,

13 /s/Tom Stanley
TOM STANLEY
14 Attorney for Defendant
OSBALDO SARABIA

16 Dated: August 21, 2008.   /s/Tom Stanley
Authorized to sign for JASON HITT
17 Assistant United States Attorney on 8/20/08

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

| | |
|---|---|
| Defendants Motion: | September 2, 2008 |
| Government's Opp.: | September 16, 2007 |
| Defendant's Reply: | September 23, 2008 |
| Hearing on Motion: | September 30, 2008, at 11:00 a.m. |

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 19, 2007, up to and including September 30, 2008, at 11:00 a.m.

IT IS SO ORDERED.

Dated: August 22, 2008                    /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          United States District Judge