1  TOM STANLEY
   315 W. 9th Street
2  Suite 906
   Los Angeles, CA 90015
3  SBN 45990
   (818) 986-1506
4
   Attorney for Defendant
5  OSBALDO SARABIA

6

7

8

                    UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA      )    CASE NO. CR 06-464 JAM
                                  )
13                                )    STIPULATION AND
                 Plaintiff,       )    ORDER RESETTING BRIEFING
14                                )    SCHEDULE AND EXCLUDING
           v.                     )    TIME
15                                )
                                  )
16                                )
    OSBALDO SARABIA               )
17                                )
                                  )
18               Defendant.       )
                                  )
19  _____

20       Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United

21  States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree

22  that the briefing schedule for defendant's motion to suppress evidence should be reset according

23  to the following schedule:

24       Defendants Motion:        October 7, 2008

25       Government's Opp.:        October 21, 2008

26       Defendant's Reply:        October 28, 2008

27       Hearing on Motion:        November 4, 2008, at 11:00 a.m.

28

The parties further stipulate that the time that the time period from June 19, 2007 up to an including the hearing date of November 4, 2008, should be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the defendant's need to research, draft and prepare the motion to suppress evidence, evaluate the government's opposition and prepare the defendant's reply brief.

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

Dated: September 24, 2008.

Respectfully submitted,

/s/Tom Stanley
TOM STANLEY
Attorney for Defendant
OSBALDO SARABIA

Dated: September 24, 2008.   /s/Tom Stanley
Authorized to sign for JASON HITT
Assistant United States Attorney on 9/24/08

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

| | |
|---|---|
| Defendants Motion: | October 7, 2008 |
| Government's Opp.: | October 21, 2008 |
| Defendant's Reply: | October 28, 2008 |
| Hearing on Motion: | November 4, 2008, at 11:00 a.m. |

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 19, 2007, up to and including November 4, 2008, at 11:00 a.m.

IT IS SO ORDERED.

Dated:  9/25/2008

/s/ John A. Mendez
HON.  JOHN A. MENDEZ
United States District Judge

## CERTIFICATE OF MAILING

    I hereby certify that on September 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                      JASON HITT
                      AUSA
                      jason.hitt@usdoj.gov

                    /s/ Tom Stanley
                    TOM STANLEY
                    Attorney for Defendant
                    315 W. 9th Street, Suite 906
                    Los Angeles, CA 90015
                    (818) 986-1506 Office
                    (213) 683-4803 Fax
                    tomstanleylaw@yahoo.com