TOM STANLEY
315 W. 9th Street
Suite 906
Los Angeles, CA 90015
SBN 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 06-464 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME |
| v. ) | |
| ) | |
| OSBALDO SARABIA ) | |
| ) | |
| Defendant. ) | |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the briefing schedule for defendant's motion to suppress evidence should be reset according to the following schedule:

    Defendants Motion:    October 29, 2008

    Government's Opp.:    November 12, 2008

    Defendant's Reply:    November 19, 2008

    Hearing on Motion:    November 25, 2008, at 11:00 a.m.

1    The parties further stipulate that the time that the time period from June 19, 2007 up to an
2 including the hearing date of November 25, 2008, should be excluded from the computation of
3 time for commencement of trial under the Speedy Trial Act based upon the defendant's need to
4 research, draft and prepare the motion to suppress evidence, evaluate the government's opposition
5 and prepare the defendant's reply brief.
6    For these reasons, the defendant, defense counsel, and the government agree additional time
7 is required for the defense to effectively evaluate the posture of the case and prepare for trial in this
8 case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local
9 Code T4.

Dated: October 23, 2008.

                                              Respectfully submitted,

                                              /s/Tom Stanley
                                              TOM STANLEY
                                              Attorney for Defendant
                                              OSBALDO SARABIA

Dated: October 23, 2008.         /s/Tom Stanley
                                              Authorized to sign for JASON HITT
                                              Assistant United States Attorney on 10/17/08

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

| | |
|---|---|
| Defendants Motion: | October 29, 2008 |
| Government's Opp.: | November 12, 2008 |
| Defendant's Reply: | November 19, 2008 |
| Hearing on Motion: | November 25, 2008, at 11:00 a.m. |

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 19, 2007, up to and including November 25, 2008, at 11:00 a.m.

IT IS SO ORDERED.

Dated: October 24, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

## CERTIFICATE OF MAILING

  I hereby certify that on October 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    JASON HITT
    AUSA
    jason.hitt@usdoj.gov


    /s/ Tom Stanley
    TOM STANLEY
    Attorney for Defendant
    315 W. 9th Street, Suite 906
    Los Angeles, CA 90015
    (818) 986-1506 Office
    (213) 683-4803 Fax
    tomstanleylaw@yahoo.com