1  TOM STANLEY
   315 W. 9th Street
2  Suite 906
   Los Angeles, CA 90015
3  SBN 45990
   (818) 986-1506
4
   Attorney for Defendant
5  OSBALDO SARABIA

**FILED**

NOV 24 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

6

7

8
                    UNITED STATES DISTRICT COURT
9
            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA          )     CASE NO. CR 06-464 JAM
                                      )
13                                    )     STIPULATION AND (PROPOSED)
                     Plaintiff,       )     ORDER RESETTING BRIEFING
14                                    )     SCHEDULE AND EXCLUDING
            v.                        )     TIME
15                                    )
                                      )
16                                    )
    OSBALDO SARABIA                   )
17                                    )
                                      )
18                   Defendant.       )
                                      )
19

20        Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United

21  States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree

22  that the briefing schedule for defendant's motion to suppress evidence should be reset according

23  to the following schedule:

24        Defendants Motion:        December 2, 2008

25        Government's Opp.:        December 16, 2008

26        Defendant's Reply:        December 23, 2008

27        Hearing on Motion:        January 6, 2009, at 11:00 a.m.

28

1    The parties further stipulate that the time that the time period from June 19, 2007 up to an

2    including the hearing date of December 6, 2009, should be excluded from the computation of time

3    for commencement of trial under the Speedy Trial Act based upon the defendant's need to research,

4    draft and prepare the motion to suppress evidence, evaluate the government's opposition and

5    prepare the defendant's reply brief.

6        For these reasons, the defendant, defense counsel, and the government agree additional time

7    is required for the defense to effectively evaluate the posture of the case and prepare for trial in this

8    case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local

9    Code T4.

10   Dated: November 20, 2008.

11                            Respectfully submitted,

12

13                            /s/Tom Stanley
                         TOM STANLEY

14                            Attorney for Defendant
                         OSBALDO SARABIA

15

16   Dated: November 20, 2008.          /s/Tom Stanley
                         Authorized to sign for JASON HITT

17                            Assistant United States Attorney on 11/20/08

18

19

20

21

22

23

24

25

26

27

28

1

(PROPOSED) ORDER

2

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

3

1. Based upon the representations and stipulation of counsel, the Court adopts the revised

4

briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

5

Defendants Motion:           December 2, 2008

6

Government's Opp.:           December 16, 2008

7

Defendant's Reply:           December 23, 2008

8

Hearing on Motion:           January 6, 2009, at 11:00 a.m.

9

2. Based upon the representations and stipulation of the parties, the Court finds that the time

10

exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best

11

interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial

12

Act shall be excluded from June 19, 2007, up to and including January 6, 2009, at 11:00 a.m.

13

14

IT IS SO ORDERED.

15

16

Dated: 11 - 21 - 0 8      .

17

JOHN A. MENDEZ
United States District Judge

18

19

20

21

22

23

24

25

26

27

28