1    TOM STANLEY
     315 W. 9th Street
2    Suite 906
     Los Angeles, CA 90015
3    SBN 45990
     (818) 986-1506
4
     Attorney for Defendant
5    OSBALDO SARABIA

6

7

8
                        UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12   UNITED STATES OF AMERICA        )    CASE NO. CR 06-464 JAM
                                     )
13                                   )    STIPULATION AND
                        Plaintiff,   )    ORDER RESETTING BRIEFING
14                                   )    SCHEDULE AND EXCLUDING
              v.                     )    TIME
15                                   )
                                     )
16                                   )
     OSBALDO SARABIA                 )
17                                   )
                                     )
18                      Defendant.   )
                                     )
19   _____)

20         Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United

21   States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree

22   that the briefing schedule for defendant's motion to suppress evidence should be reset according

23   to the following schedule:

24         Defendants Motion:           February 10, 2009

25         Government's Opp.:           February 24, 2009

26         Defendant's Reply:           March 3, 2009

27         Hearing on Motion:           March 10, 2009, at 11:00 a.m.

28

1  The parties further stipulate that the time that the time period from June 19, 2007 up to an

2 including the hearing date of March 10, 2009, should be excluded from the computation of time

3 for commencement of trial under the Speedy Trial Act based upon the defendant's need to research,

4 draft and prepare the motion to suppress evidence, evaluate the government's opposition and

5 prepare the defendant's reply brief.

6  For these reasons, the defendant, defense counsel, and the government agree additional time

7 is required for the defense to effectively evaluate the posture of the case and prepare for trial in this

8 case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local

9 Code T4.

10 Dated: January 27, 2009.

11        Respectfully submitted,

13       /s/Tom Stanley
        TOM STANLEY
14       Attorney for Defendant
        OSBALDO SARABIA

16 Dated: January 27, 2009.   /s/Tom Stanley
        Authorized to sign for JASON HITT
17       Assistant United States Attorney on 1/27/09

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

| | |
|---|---|
| Defendants Motion: | February 10, 2009 |
| Government's Opp.: | February 24, 2009 |
| Defendant's Reply: | March 3, 2009 |
| Hearing on Motion: | March 10, 2009, at 11:00 a.m. |

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 19, 2007, up to and including March 10, 2009, at 11:00 a.m.


IT IS SO ORDERED.


Dated: January 28, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

1

2

## CERTIFICATE OF MAILING

3

I hereby certify that on January 28, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

4

JASON HITT
AUSA
jason.hitt@usdoj.gov

5

6

7

/s/ Tom Stanley
TOM STANLEY
Attorney for Defendant
315 W. 9th Street, Suite 906
Los Angeles, CA 90015
(818) 986-1506 Office
(213) 683-4803 Fax
tomstanleylaw@yahoo.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28