TOM STANLEY
315 W. 9th Street
Suite 906
Los Angeles, CA 90015
SBN 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> OSBALDO SARABIA ) <br> ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CR 06-464 JAM <br><br> STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the briefing schedule for defendant's motion to suppress evidence should be reset according to the following schedule:

　　　Defendants Motion:　　　May 5, 2009

　　　Government's Opp.:　　　May 19, 2009

　　　Defendant's Reply:　　　May 26, 2009

　　　Hearing on Motion:　　　June 2, 2009, at 11:00 a.m.

1       The parties further stipulate that the time that the time period from June 19, 2007 up to an including the hearing date of June 2, 2009, should be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the defendant's need to research, draft and prepare the motion to suppress evidence, evaluate the government's opposition and prepare the defendant's reply brief.

      For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

Dated: April 27, 2009.

                                      Respectfully submitted,

                                      /s/Tom Stanley
                                      TOM STANLEY
                                      Attorney for Defendant
                                      OSBALDO SARABIA

Dated: April 27, 2009.           /s/Tom Stanley
                                      Authorized to sign for JASON HITT
                                      Assistant United States Attorney on 4/27/09

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

| | |
|---|---|
| Defendants Motion: | May 5, 2009 |
| Government's Opp.: | May 19, 2009 |
| Defendant's Reply: | May 26, 2009 |
| Hearing on Motion: | June 2, 2009, at 11:00 a.m. |

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 19, 2007, up to and including June 2, 2009, at 11:00 a.m.

IT IS SO ORDERED.

Dated: April 27, 2009            /s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

1 | <u>CERTIFICATE OF MAILING</u>

2 | I hereby certify that on April 27, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JASON HITT
AUSA
jason.hitt@usdoj.gov


/s/ Tom Stanley
TOM STANLEY
Attorney for Defendant
315 W. 9th Street, Suite 906
Los Angeles, CA 90015
(818) 986-1506 Office
(213) 683-4803 Fax
tomstanleylaw@yahoo.com