1   TOM STANLEY
315 W. 9th Street
2   Suite 906
Los Angeles, CA 90015
3   SBN 45990
(818) 986-1506
4
Attorney for Defendant
5   OSBALDO SARABIA

6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12   UNITED STATES OF AMERICA        )       CASE NO. CR 06-464 JAM
                                     )
13                                   )       STIPULATION AND
                  Plaintiff,         )       ORDER RESETTING BRIEFING
14                                   )       SCHEDULE AND EXCLUDING
            v.                       )       TIME
15                                   )
                                     )
16                                   )
     OSBALDO SARABIA                 )
17                                   )
                                     )
18            Defendant.             )
                                     )
19

20         Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United

21   States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree

22   that the briefing schedule for defendant's motion to suppress evidence should be reset according

23   to the following schedule:

24         Defendants Motion:          June 9, 2009

25         Government's Opp.:           June 23, 2009

26         Defendant's Reply:           June 30, 2009

27         Hearing on Motion:           July 7, 2009, at 11:00 a.m.

28

1    The parties further stipulate that the time that the time period from June 19, 2007 up to an

2    including the hearing date of July 7, 2009, should be excluded from the computation of time for

3    commencement of trial under the Speedy Trial Act based upon the defendant's need to research,

4    draft and prepare the motion to suppress evidence, evaluate the government's opposition and

5    prepare the defendant's reply brief.

6        For these reasons, the defendant, defense counsel, and the government agree additional time

7    is required for the defense to effectively evaluate the posture of the case and prepare for trial in this

8    case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local

9    Code T4.

10    Dated: May 29, 2009.

11                                              Respectfully submitted,

12

13                                              /s/Tom Stanley
                                                TOM STANLEY
14                                              Attorney for Defendant
                                                OSBALDO SARABIA
15

16    Dated: May 29, 2009.                      /s/Tom Stanley
                                                Authorized to sign for JASON HITT
17                                              Assistant United States Attorney on 5/29/09

18

19

20

21

22

23

24

25

26

27

28

1        ORDER

2        Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

3        1. Based upon the representations and stipulation of counsel, the Court adopts the revised

4    briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

5        Defendants Motion:            June 9, 2009

6        Government's Opp.:            June 23, 2009

7        Defendant's Reply:            June 30, 2009

8        Hearing on Motion:            July 7, 2009, at 11:00 a.m.

9        2. Based upon the representations and stipulation of the parties, the Court finds that the time

10   exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best

11   interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial

12   Act shall be excluded from June 19, 2007, up to and including July 7, 2009, at 11:00 a.m.

13

14        IT IS SO ORDERED.

15

16   Dated: May 29, 2009                    /s/ John A. Mendez
                                            JOHN A. MENDEZ
17                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28

- 3 -

CERTIFICATE OF MAILING

I hereby certify that on May 29, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JASON HITT
AUSA
jason.hitt@usdoj.gov


/s/ Tom Stanley
TOM STANLEY
Attorney for Defendant
315 W. 9th Street, Suite 906
Los Angeles, CA 90015
(818) 986-1506 Office
(213) 683-4803 Fax
tomstanleylaw@yahoo.com