1  TOM STANLEY
   315 W. 9th Street
2  Suite 906
   Los Angeles, CA 90015
3  SBN 45990
   (818) 986-1506
4
   Attorney for Defendant
5  OSBALDO SARABIA

6

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA         )   CASE NO. CR 06-464 JAM
                                      )
13 |                                  )   STIPULATION AND
                  Plaintiff,          )   ORDER RESETTING BRIEFING
14 |                                  )   SCHEDULE AND EXCLUDING
           v.                         )   TIME
15 |                                  )
                                      )
16 |                                  )
   OSBALDO SARABIA                    )
17 |                                  )
                                      )
18 |              Defendant.          )
                                      )
19

20      Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United

21 States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree

22 that the briefing schedule for defendant's motion to suppress evidence should be reset according

23 to the following schedule:

24      Defendants Motion:          July 1, 2009

25      Government's Opp.:          July 15, 2009

26      Defendant's Reply:          July 21, 2009

27      Hearing on Motion:          July 28, 2009, at 11:00 a.m.

28

The parties further stipulate that the time that the time period from June 19, 2007 up to an including the hearing date of July 28, 2009, should be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the defendant's need to research, draft and prepare the motion to suppress evidence, evaluate the government's opposition and prepare the defendant's reply brief.

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case, and in addition, in the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

Dated: July 2, 2009.

                                              Respectfully submitted,

                                              /s/Tom Stanley
                                              TOM STANLEY
                                              Attorney for Defendant
                                              OSBALDO SARABIA

Dated: July 2, 2009.                 /s/Tom Stanley
                                             Authorized to sign for JASON HITT
                                             Assistant United States Attorney on 7/2/09

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress evidence and hearing date as follows:

| | |
|---|---|
| Defendants Motion: | July 1, 2009 |
| Government's Opp.: | July 15, 2009 |
| Defendant's Reply: | July 21, 2009 |
| Hearing on Motion: | July 28, 2009, at 11:00 a.m. |

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 19, 2007, up to and including July 28, 2009, at 11:00 a.m.

IT IS SO ORDERED.

Dated: July 6, 2009                 /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge

CERTIFICATE OF MAILING

I hereby certify that on July 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JASON HITT
AUSA
jason.hitt@usdoj.gov


/s/ Tom Stanley
TOM STANLEY
Attorney for Defendant
315 W. 9th Street, Suite 906
Los Angeles, CA 90015
(818) 986-1506 Office
(213) 683-4803 Fax
tomstanleylaw@yahoo.com