```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone (916) 554-2700
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Case No. CR. CR-S-06-0464 JAM
                                 )
12           Plaintiff,          )   STIPULATION AND
                                 )   ORDER RESETTING THE BRIEFING
13           v.                  )   SCHEDULE
                                 )
14  OSBALDO SARABIA,             )
                                 )
15           Defendant.          )
                                 )
16
17      Plaintiff, United States of America, by its counsel,
18  Assistant United States Attorney Jason Hitt, and defendant
19  Osbaldo SARABIA, by his counsel, Tom Stanley, Esq., hereby
20  stipulate and agree that the briefing schedule and hearing on
21  defendant's motion to suppress evidence should be reset as
22  follows:
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /
```

```
           Government's Response:    August 11, 2009
           Defendant's Reply:        August 18, 2009
           Hearing:                  August 25, 2009, at 11:00 a.m.


                                     Respectfully Submitted,

                                     LAWRENCE G. BROWN
                                     Acting United States Attorney


DATED:  July 16, 2009           By:/s/Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney


DATED:  July 16, 2009           By:/s/Jason Hitt
                                   Authorized to sign for
                                   Mr. Stanley on 07-16-09
                                   Attorney for Mr. SARABIA
```

**ORDER**

Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule and hearing date as follows:

       Government's Brief:      August 11, 2009

       Defendant's Brief:       August 18, 2009

       Hearing:                  August 25, 2009, at 11:00 a.m.

**IT IS SO ORDERED.**

DATED: July 16, 2009       /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Judge