TOM STANLEY
315 West 9th Street
Suite 906
Los Angeles, Ca. 90015
State Bar No. 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSBALDO SARABIA<br><br>Defendant. | CASE NO. 06-464 JAM<br><br>STIPULATION AND ~~(PROPOSED)~~ ORDER CONTINUING STATUS CONFERENCE |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the Status Conference set for September 15, 2009 at 9:30 a.m. be continued to September 22, 2009 at 11:00 a.m. The Trial Confirmation Hearing set for October 27, 2009 at 9:30 a.m. and the Jury Trial set for November 16, 2009 at 9:00 a.m. to remain as previously set.

SARABIA-STIP & (PROPOSED) ORDER                         1

1 | Dated: September 10, 2009.

/s/Tom Stanley
TOM STANLEY
Attorney for Defendant
OSBALDO SARABIA

Dated: September 10, 2009.

/s/Tom Stanley
Authorized to sign for JASON HITT
Assistant United States Attorney on 9/10/09

(PROPOSED) ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that the Status Conference set for September 15, 2009 at 9:30 a.m. be continued to September 22, 2009 at 11:00 a.m. The Trial Confirmation Hearing set for October 27, 2009 at 9:30 a.m. and the Jury Trial set for November 16, 2009 at 9:00 a.m. to remain as previously set.

IT IS SO ORDERED

Dated: 9-11-09

JOHN A. MENDEZ
United States District Judge