TOM STANLEY
315 West 9th Street
Suite 906
Los Angeles, Ca. 90015
State Bar No. 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-464 JAM |
| Plaintiff, | |
| | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| OSBALDO SARABIA | |
| Defendant. | |

    Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the Status Conference set for September 22, 2009 at 11:00 a.m. be continued to September 29, 2009 at 11:00 a.m. The Trial Confirmation Hearing set for October 27, 2009 at 9:30 a.m. and the Jury Trial set for November 16, 2009 at 9:00 a.m. to remain as previously set.

SARABIA-STIP & (PROPOSED) ORDER       1

1  Dated: September 18, 2009.
2
3
4                                             /s/Tom Stanley
                                              TOM STANLEY
5                                             Attorney for Defendant
                                              OSBALDO SARABIA
6
7
   Dated: September 18, 2009.
8
9
                                              /s/Tom Stanley
10                                            Authorized to sign for JASON HITT
                                              Assistant United States Attorney on 9/18/09
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SARABIA-STIP & (PROPOSED) ORDER              2

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that the Status Conference set for September 22, 2009 at 11:00 a.m. be continued to September 29, 2009 at 11:00 a.m. The Trial Confirmation Hearing set for October 27, 2009 at 9:30 a.m. and the Jury Trial set for November 16, 2009 at 9:00 a.m. to remain as previously set.

IT IS SO ORDERED

Dated: September 18, 2009         /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  United States District Judge

SARABIA-STIP & (PROPOSED) ORDER                3

PDF created with pdfFactory trial version www.pdffactory.com