TOM STANLEY
315 West 9th Street
Suite 906
Los Angeles, Ca. 90015
State Bar No. 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 06-464 JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER CONTINUING STATUS |
| vs. | ) CONFERENCE |
| OSBALDO SARABIA | ) |
| Defendant. | ) |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the Status Conference set for September 29, 2009 at 11:00 a.m. be continued to October 6, 2009 at 11:00 a.m. The Trial Confirmation Hearing set for October 27, 2009 at 9:30 a.m. and the Jury Trial set for November 16, 2009 at 9:00 a.m. to remain as previously set.

SARABIA-STIP & (PROPOSED) ORDER       1

PDF created with pdfFactory trial version www.pdffactory.com

Dated: September 25, 2009.

      /s/Tom Stanley
TOM STANLEY
Attorney for Defendant
OSBALDO SARABIA

Dated: September 25, 2009.

      /s/Tom Stanley
Authorized to sign for JASON HITT
Assistant United States Attorney on 9/25/09

SARABIA-STIP & (PROPOSED) ORDER         2

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that the Status Conference set for September 29, 2009 at 11:00 a.m. be continued to October 6, 2009 at 11:00 a.m. The Trial Confirmation Hearing set for October 27, 2009 at 9:30 a.m. and the Jury Trial set for November 16, 2009 at 9:00 a.m. to remain as previously set.

IT IS SO ORDERED

Dated: September 25, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

SARABIA-STIP & (PROPOSED) ORDER                3

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF MAILING

I hereby certify that on September 25, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JASON HITT
AUSA
jason.hitt@usdoj.gov


/s/ Tom Stanley
TOM STANLEY
Attorney for Defendant
315 W. 9th Street, Suite 906
Los Angeles, CA 90015
(818) 986-1506 Office
(213) 683-4803 Fax
tomstanleylaw@yahoo.com

SARABIA-STIP & (PROPOSED) ORDER       4

PDF created with pdfFactory trial version www.pdffactory.com