TOM STANLEY
315 West 9th Street
Suite 906
Los Angeles, Ca. 90015
State Bar No. 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-464 JAM |
| Plaintiff, | |
| | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| OSBALDO SARABIA | |
| Defendant. | |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the Status Conference set for October 6, 2009 at 11:00 a.m. be continued to October 20, 2009 at 11:00 a.m. The Trial Confirmation Hearing set for October 27, 2009 at 9:30 a.m. and the Jury Trial set for November 16, 2009 at 9:00 a.m. to remain as previously set.

SARABIA-STIP & (PROPOSED) ORDER                 1

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: October 3, 2009.

/s/Tom Stanley
TOM STANLEY
Attorney for Defendant
OSBALDO SARABIA

Dated: October 3, 2009.

/s/Tom Stanley
Authorized to sign for JASON HITT
Assistant United States Attorney on 10/3/09

SARABIA-STIP & (PROPOSED) ORDER        2

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that the Status Conference set for October 6, 2009 at 11:00 a.m. be continued to October 20, 2009 at 11:00 a.m. The Trial Confirmation Hearing set for October 27, 2009 at 9:30 a.m. and the Jury Trial set for November 16, 2009 at 9:00 a.m. to remain as previously set.

IT IS SO ORDERED

Dated: October 5, 2009                              /s/ John A. Mendez
                                                                   JOHN A. MENDEZ
                                                                   United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF MAILING

I hereby certify that on October 5, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        JASON HITT
        AUSA
        jason.hitt@usdoj.gov


        /s/ Tom Stanley
        TOM STANLEY
        Attorney for Defendant
        315 W. 9th Street, Suite 906
        Los Angeles, CA 90015
        (818) 986-1506 Office
        (213) 683-4803 Fax
        tomstanleylaw@yahoo.com

SARABIA-STIP & (PROPOSED) ORDER        4

PDF created with pdfFactory trial version www.pdffactory.com