TOM STANLEY
315 West 9th Street
Suite 906
Los Angeles, Ca. 90015
State Bar No. 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-464 JAM |
| Plaintiff, | |
| | STIPULATION AND ORDER CONTINUING SENTENCING |
| vs. | |
| OSBALDO SARABIA | |
| Defendant. | |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the Sentencing set for February 23, 2010 at 9:30 a.m. be continued to March 16, 2010 at 9:30 a.m.

SARABIA-STIP & (PROPOSED) ORDER            1

1  Dated: December 29, 2009.
2
3
4                 /s/Tom Stanley
                TOM STANLEY
5                 Attorney for Defendant
                OSBALDO SARABIA
6
7
8  Dated: December 29, 2009.
9
10                 /s/Tom Stanley
                Authorized to sign for JASON HITT
11                 Assistant United States Attorney on 12/29/09

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that the Sentencing set for February 23, 2010 at 9:30 a.m. be continued to March 16, 2010 at 9:30 a.m.

IT IS SO ORDERED

Dated: 12/30/2009              /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Judge

CERTIFICATE OF MAILING

I hereby certify that on December 30, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        JASON HITT
        AUSA
        jason.hitt@usdoj.gov

        TERESA HOFFMAN
        USPO
        teresa_hoffman@caep.uscourts.gov


        /s/ Tom Stanley
        TOM STANLEY
        Attorney for Defendant
        315 W. 9th Street, Suite 906
        Los Angeles, CA 90015
        (818) 986-1506 Office
        (213) 683-4803 Fax
        tomstanleylaw@yahoo.com

SARABIA-STIP & (PROPOSED) ORDER        4