TOM STANLEY
315 West 9th Street
Suite 906
Los Angeles, Ca. 90015
State Bar No. 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSBALDO SARABIA<br><br>Defendant. | CASE NO. 06-464 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the Sentencing set for February 23, 2010 at 9:30 a.m. be continued to March 16, 2010 at 9:30 a.m.

SARABIA-STIP & (PROPOSED) ORDER          1

PDF created with pdfFactory trial version www.pdffactory.com

It is further stipulated as follows:

1. Draft PSR submitted to parties: February 2, 2010.

2. Informal Objections due: February 16, 2010.

3. Final PSR submitted to parties: March 2, 2010.

4. Reply/No Opposition: March 9. 2010.

Dated: January 4, 2010.

    /s/Tom Stanley
TOM STANLEY
Attorney for Defendant
OSBALDO SARABIA

Dated: January 4, 2010.

    /s/Tom Stanley
Authorized to sign for JASON HITT
Assistant United States Attorney on 1/4/10

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that the Sentencing set for February 23, 2010 at 9:30 a.m. be continued to March 16, 2010 at 9:30 a.m.

It is further ordered as follows:

5. Draft PSR be submitted to parties: February 2, 2010.

6. Informal Objections due: February 16, 2010.

7. Final PSR be submitted to parties: March 2, 2010.

8. Reply/No Opposition: March 9. 2010.

IT IS SO ORDERED

Dated:  1/6/2010                                        /s/ John A. Mendez
                                                      JOHN A. MENDEZ
                                                      United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF MAILING

I hereby certify that on January 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        JASON HITT
        AUSA
        jason.hitt@usdoj.gov

        TERESA HOFFMAN
        USPO
        teresa_hoffman@caep.uscourts.gov


        /s/ Tom Stanley
        TOM STANLEY
        Attorney for Defendant
        315 W. 9th Street, Suite 906
        Los Angeles, CA 90015
        (818) 986-1506 Office
        (213) 683-4803 Fax
        tomstanleylaw@yahoo.com

PDF created with pdfFactory trial version www.pdffactory.com