TOM STANLEY
315 West 9th Street
Suite 906
Los Angeles, Ca. 90015
State Bar No. 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-464 JAM |
| Plaintiff, | |
| | STIPULATION AND ORDER CONTINUING SENTENCING |
| vs. | |
| OSBALDO SARABIA | |
| Defendant. | |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, stipulate and agree that the Sentencing set for March 16, 2010 at 9:30 a.m. be continued to April 20, 2010 at 9:30 a.m.

SARABIA-STIP & (PROPOSED) ORDER           1

PDF created with pdfFactory trial version www.pdffactory.com

It is further stipulated as follows:

1. Draft PSR submitted to parties: March 9, 2010.

2. Informal Objections due: March 23, 2010.

3. Final PSR submitted to parties: April 6, 2009.

4. Reply/No Opposition: April 13, 2010.

Dated: January 28, 2010.

                                          /s/Tom Stanley
                                          TOM STANLEY
                                          Attorney for Defendant
                                          OSBALDO SARABIA

Dated: January 8, 2010.

                                          /s/Tom Stanley
                                          Authorized to sign for JASON HITT
                                          Assistant United States Attorney on 1/28/10

SARABIA-STIP & (PROPOSED) ORDER         2

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that the Sentencing set for March 16, 2010 at 9:30 a.m. be continued to April 20, 2010 at 9:30 a.m.

It is further ordered as follows:

5. Draft PSR be submitted to parties: March 9, 2010.

6. Informal Objections due: March 23, 2010.

7. Final PSR be submitted to parties: April 6, 2009.

8. Reply/No Opposition: April 13, 2010.

IT IS SO ORDERED

Dated: January 28, 2010        /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Judge

SARABIA-STIP & (PROPOSED) ORDER        3

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF MAILING

I hereby certify that on January 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JASON HITT
AUSA
jason.hitt@usdoj.gov

LYNDA MOORE
USPO
Lynda_moore@caep.uscourts.gov


/s/ Tom Stanley
TOM STANLEY
Attorney for Defendant
315 W. 9th Street, Suite 906
Los Angeles, CA 90015
(818) 986-1506 Office
(213) 683-4803 Fax
tomstanleylaw@yahoo.com

SARABIA-STIP & (PROPOSED) ORDER                 4

PDF created with pdfFactory trial version www.pdffactory.com