TOM STANLEY
315 West 9th Street
Suite 906
Los Angeles, Ca. 90015
State Bar No. 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-464 JAM |
| | ) | |
| Plaintiff, | ) | MOTION FOR CONTINUANCE |
| | ) | OF SENTENCING; DECLARATION |
| | ) | OF TOM STANLEY; |
| | ) | ORDER |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| OSBALDO SARABIA | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
|_____| )_ | |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, hereby moves the

Court for an order continuing the sentencing in this case from May 18, 2010 at 9:30 a.m. for a

short period of time to a date convenient with the Court and counsel. The motion is made on the

ground that the Government filed its 17 page Sentencing Memorandum and exhibit late in the

SARABIA-MOT CONT SENT & (PROPOSED) ORDER          1

PDF created with pdfFactory trial version www.pdffactory.com

evening on May 11, 2010 and counsel for the defendant did not have the opportunity to review it until late in the evening of May 12, 2010. The defendant needs time to file an appropriate response to the issues raised in the Memorandum, including the alleged incident in Butte County Jail.

Dated: May 13, 2010.                              Respectfully submitted,

                                        /s/Tom Stanley
                                        TOM STANLEY
                                        Attorney for Defendant
                                        OSBALDO SARABIA

SARABIA-MOT CONT SENT & (PROPOSED) ORDER        2

PDF created with pdfFactory trial version www.pdffactory.com

DECLARATION OF TOM STANLEY

I, TOM STANLEY, hereby declare as follows:

1. I am the attorney of record for the defendant herein and duly authorized to practice law before this Court.

2. I am currently in trial in People v. Borruel, Case No. BA355635, in Department 104 of the Los Angeles Superior Court. My client is charged with multiple counts of assault with a firearm, Penal Code §245(a) (2); possession of a firearm by a felon, Penal Code§12021(a)(1), plus enhancements for personal use of a firearm, Penal Code §12022.5 and gang enhancements, Penal Code §186.22(b)(4). The trial will last through next week. However, the trial court had agreed to allow me to attend the sentencing in this case on May 18, 2010.

3. On May 11, 2010, late in the evening the Government filed its 17 page Sentencing Memorandum and exhibit. I did not have the opportunity to review it until late in the evening of May 12, 2010. I need some additional time to file an appropriate response to the issues raised in the Memorandum, including the alleged incident in Butte County Jail. I will not be able inform my client of the Government's Memorandum and obtain his response until this weekend at the earliest. Thereafter I will need to respond to the Memorandum.

4. On May 13, 2010, I telephoned and emailed AUSA Jason Hitt inquired about a stipulation to continue the sentencing date. Mr. Hitt replied by email that the Government opposed a continuance. My suggestions for a new date are June 8, 15 or 22, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2010, at Los Angeles, California.

(s)Tom Stanley
TOM STANLEY

SARABIA-MOT CONT SENT & (PROPOSED) ORDER          3

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

**(AS MODIFIED BY THE COURT)**


GOOD CAUSE BEING SHOWN,

IT IS HEREBY ORDERED that the Sentencing Hearing presently set for May 18, 2010, at 9:30 a.m.be continued to June 1, 2010, at 9:30 a.m.  Defendant's response to the Government's sentencing memorandum shall be filed on or before May 26, 2010.


Dated: May 14, 2010                    /s/ John A. Mendez_____
                                       JOHN A. MENDEZ
                                       United States District Judge

SARABIA-MOT CONT SENT & (PROPOSED) ORDER          4

PDF created with pdfFactory trial version www.pdffactory.com