TOM STANLEY
315 West 9th Street
Suite 906
Los Angeles, Ca. 90015
State Bar No. 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. OSBALDO SARABIA Defendant. | ) | CASE NO. 06-464 JAM MOTIONS FOR (1) CONTINUANCE OF SENTENCING; (2) TO EXCLUDE ANY CONSIDERATION OF BUTTE COUNTY JAIL INCIDENT AND (3) FOR DISCOVERY OF ALL RELEVANT EVIDENCE RELATING TO THE INCIDENT; DECLARATION OF TOM STANLEY; ORDER |

Defendant, Osbaldo Sarabia, by and through his counsel, Tom Stanley, hereby moves the Court for an orders (1) continuing the sentencing set for June 1, 2010; (2) for exclusion of any



PDF created with pdfFactory trial version www.pdffactory.com

consideration of the Butte County Jail incident at sentencing in this case; and (3) discovery of all relevant information relating to the Butte County Jail incident, including but not limited to, all written or recorded information regarding the incident, the video of the incident and the complete names and identifying information of the inmates who were interviewed and are referenced in the incident report.

The motion is made on the ground that counsel for the defendant was not able to speak with the defendant about the incident until late today in this afternoon. The defendant needs additional time to file an appropriate response to the issues raised in the Government's Sentencing Memorandum, in particular the alleged incident in Butte County Jail. In order to file the response the defendant must have discovery of all the relevant information and the ability, if necessary, to present testimony at the sentencing hearing

Dated: May 26, 2010.

Respectfully submitted,

/s/Tom Stanley
TOM STANLEY
Attorney for Defendant
OSBALDO SARABIA



PDF created with pdfFactory trial version www.pdffactory.com

DECLARATION OF TOM STANLEY

I, TOM STANLEY, hereby declare as follows:

1. I am the attorney of record for the defendant herein and duly authorized to practice law before this Court.

2. I was in trial in People v. Borruel, Case No. BA355635, in Department 104 of the Los Angeles Superior Court from May 11, 2010 until approximately 3:30 p.m. on Monday May 24, 2010. I was unable to speak with my client until today at approximately 6:00 p.m. We were only able to speak for about five minutes but the information he gave about the incident indicates that his actions were in self-defense and that there is much more to the situation then what is in the 3 page report attached to the Government's Memorandum. In order to adequately represent Mr. Sarabia and prepare an appropriate response to the Government, I need full discovery of the Butte County Jail incident. This includes, but is not limited to, all written or recorded information regarding the incident, the video of the incident and the complete names and identifying information of the inmates who were interviewed and are referenced in the incident report. The report reflects that at least one inmate was interviewed but the name and other identifying information is blacked out. There is obviously additional investigative material regarding the incident.

3. The defendant needs additional time to file an appropriate response to the issues raised in the Government's Sentencing Memorandum, in particular the alleged incident in Butte County Jail. In order to file the response the defendant must have discovery of all the relevant information and the ability, if necessary, to present testimony at the sentencing hearing

4. It is requested that sentencing be continued, the defense be provided with the requested discovery and time to file a response. Alternatively, it is requested that the Butte County jail



PDF created with pdfFactory trial version www.pdffactory.com

incident be excluded from any consideration the sentencing hearing and that the defendant be allowed to file his Sentencing Position on other issues by Friday May 28, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2010, at Los Angeles, California.

(s)Tom Stanley
TOM STANLEY



PDF created with pdfFactory trial version www.pdffactory.com

ORDER

GOOD CAUSE BEING SHOWN,

IT IS HEREBY ORDERED that:

XXXX - The Sentencing Hearing presently set for June 1, 2010, at 9:30 a.m.be continued to June 15, 2010, at 9:30 a.m.

_______ That the Butte County Jail incident is excluded from consideration at the Sentencing Hearing and the defendant may file his Sentencing position by May 28, 2010.

Dated: 5/28/2010

/s/ John A. Mendez_______
JOHN A. MENDEZ
United States District Judge



PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF MAILING

I hereby certify that on May 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JASON HITT
AUSA
jason.hitt@usdoj.gov

LYNDA MOORE
USPO
Lynda_moore@caep.uscourts.gov

/s/ Tom Stanley
TOM STANLEY
Attorney for Defendant
315 W. 9th Street, Suite 906
Los Angeles, CA 90015
(818) 986-1506 Office
(213) 683-4803 Fax
tomstanleylaw@yahoo.com



PDF created with pdfFactory trial version www.pdffactory.com