**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES, | ) | 2:06-CR-0464-JAM-DAD |
| | ) | |
| Respondent, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR REPLY BRIEF |
| OSBALDO OSWALDO SARABIA, | ) | |
| | ) | |
| Movant. | ) | |

On March 11, 2014, respondent filed its opposition to movant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence.

The parties hereby stipulate that the due date for movant's reply brief be extended to April 11, 2014.

///
///
///

1

Dated: March 21, 2014                               BENJAMIN B. WAGNER
                                                    U.S. ATTORNEY

                                                By: /s/  Jason Hitt
                                                    Jason Hitt
                                                    Assistant U.S. Attorney

Dated: March 21, 2014

                                                By: /s/  John Balazs
                                                    JOHN BALAZS
                                                    Attorney for Defendant
                                                    Osbaldo Oswaldo Sarabia

## **ORDER**

    IT IS SO ORDERED.

Dated:  March 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/sara0464.stip

2