# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | 2:06-CR-0464-JAM-DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR REPLY BRIEF |
| OSBALDO OSWALDO SARABIA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On March 11, 2014, the government filed its opposition to defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence.

The parties hereby stipulate that the due date for defendant's reply brief be extended to April 18, 2014.

/////

/////

/////

1

Dated: April 17, 2014

        BENJAMIN B. WAGNER
        U.S. ATTORNEY

        By: /s/ Jason Hitt
           Jason Hitt
           Assistant U.S. Attorney

Dated: April 17, 2014

        By: /s/ John Balazs
           JOHN BALAZS
           Attorney for Defendant
           Osbaldo Oswaldo Sarabia

## **ORDER**

IT IS SO ORDERED.

Dated: April 17, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/sara0464.stip(2)