John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
OSBALDO OSWALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSBALDO OSWALDO SARABIA,<br><br>Defendant. | No. 2:06-CR-0464-JAM-AC<br><br>**STIPULATION AND ORDER RE: OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS**<br><br>Hon. John A. Mendez |

The defendant, OSBALDO OSWALDO SARABIA, through counsel, and plaintiff United States, through counsel, hereby stipulate and request that the Court extend the time for objections to the magistrate judge's findings and recommendations that defendant's § 2255 motion be denied (document 122, filed 1/20/16) to February 15, 2016. This request is to provide defense counsel additional time to consult with the defendant in prison and prepare objections.

Respectfully submitted,

Dated: January 27, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 27, 2016



 /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
OSBALDO OSWALDO SARABIA

1

**ORDER**

IT IS SO ORDERED.

Dated:   January 27, 2016

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ_____
United States District Court Judge