John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
OSBALDO OSWALDO SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSBALDO OSWALDO SARABIA,<br><br>Defendant. | No. 2:06-CR-0464-JAM<br><br>**ORDER RE APPOINTMENT FOR MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. John A. Mendez |

Defendant Osbaldo Oswaldo Sarabia, through counsel, hereby applies for an order appointing attorney John Balazs under the Criminal Justice Act as counsel of record for a motion to reduce sentence under 18 U.S.C. § 3582(c)(2) and Guideline Amendment 782.

Mr. Balazs had previously represented Mr. Sarabia regarding a motion to vacate under 28 U.S.C. § 2255.  Counsel had been retained by Mr. Sarabia's family.  Mr. Sarabia is indigent and qualifies for appointment.  An executed CJA 23 financial affidavit is attached to this proposed order.

The Office of the Federal Defender has been consulted and supports this appointment.

Respectfully submitted,

Dated:  December 9, 2016

/s/ John Balazs
John Balazs
Attorney seeking appointment
OSBALDO OSWALDO SARABIA

1

1
**ORDER**

2
**IT IS SO ORDERED.**

3
Dated:   12/9/2016

4
/s/ John A. Mendez
HON. JOHN A. MENDEZ
5
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28