# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:06CR464 -01 |
| OSBALDO OSWALDO SARABIA ) | |
| ) | USM No: 16753-097 |
| Date of Original Judgment: 06/15/2010 ) | |
| Date of Previous Amended Judgment: ) | JOHN BALAZS, ESQ. |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    210    months **is reduced to**    168 months.    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/22/2010   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   5/9/2017                                              /s/ John A. Mendez
                                                                    *Judge's signature*

Effective Date:                                                     JOHN A. MENDEZ, U.S. DISTRICT COURT JUDGE
*(if different from order date)*                                    *Printed name and title*